## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

U.S. BANK, NATIONAL ASSOCIATION,
AS LEGAL TITLE TRUSTEE FOR
TRUMAN 2016 SC6 TITLE TRUST,          CASE NO.: 6:19-cv-1307-ORL-40TBS

    Plaintiff,

v.

VALERIA TAVARES, ELIEZER TAVERAS
ET. AL.,

    Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Plaintiff U.S. BANK, NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST and hereby discloses the following pursuant to this Court's interested persons order:

**1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

    A.    Valeria Taveras a/k/a Valeria Rosa Taveras, Defendant;

    B.    Eliezer Taveras a/k/a Eliezer Taveras, Sr., Defendant;

    C.    Reunion Resort & Club of Orlando Master Association, Inc., Defendant;

    D.    Bank of America, NA, Defendant;

    E.    Unknown Tenant #1 n/k/a Braurid Grollon, Defendant;

    F.    Unknown Tenant #2 n/k/a Virginia Grollon, Defendant;

G.   All Unknown Parties Claiming Interests By, Through, Under or Against a Named Defendant to this Action, or Having or Claiming to Have Any Right, Title or Interest in the Property Herein Described, Defendant; and

H.   U.S. BANK, NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, Plaintiff.

**2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known at this time.

**3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known at this time.

**4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Other than the parties to this lawsuit, Plaintiff is unaware of any alleged victims.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

*Dated: July 29, 2019*

**SHD Legal Group P.A.**
Attorneys for Plaintiff
PO BOX 19519
Fort Lauderdale, FL 33318
Telephone: (954) 564-0071
Facsimile: (954) 564-9252
Service E-mail: answers@shdlegalgroup.com

By:  /s/ *Adam A. Diaz*
Adam A. Diaz, Esq.
Florida Bar No. 98379

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been electronically using the CM/ECF, which will send an electronic notice to all parties in this action, this 31st day of July 2019.

| | |
|---|---|
| Eliezer Taveras and Valeria Taveras, Pro Se<br>15465 SW 19 Way<br>Miami, FL 33185 | Patrick Hennessey, Esq.<br>Greenspoon, Marder, LLP<br>Trade Centre South, Suite 700<br>100 West Cypress Creek Rd.,<br>Ft. Lauderdale, FL 33309<br>Patrick.hennessey@gmlaw.com<br>Gmforeclosure@gmlaw.com |
| Ariel Acevedo, Esq.<br>44 West Flagler Street,<br>Courthouse Tower-25th Floor,<br>Miami, FL 33130<br>service@lgplaw.com<br>**Counsel for Bank of America, NA** | Shawn G. Rader, Esq.<br>Lowndes, Drosdick, Doster, Kantor & Reed, PA<br>215 North Eola Drive<br>Post Office Box 2809<br>Orlando, FL 32802<br>Counsel for Plaintiff<br>Shawn.rader@lowndes-law.com<br>Lit.control@lowndes-law.com<br>Susie.whitaker@lowndes-law.com |

**SHD Legal Group P.A.**
Counsel for Plaintiff
PO BOX 19519
Fort Lauderdale, FL  33318
Telephone: (954) 564-0071
Facsimile:  (954) 564-9252
Service E-mail: answers@shdlegalgroup.com

By:  */s/ Adam A. Diaz*
Adam A. Diaz, Esq.
Florida Bar No. 98379