FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

2019 AUG -9 PM 1:50

Case No. 6:19-cv-1307-ORL-40-TBS

U.S. BANK, NATIONAL ASSOCIATION AS
LEGAL TITLE TRUSTEE FOR TRUMAN 2016
SC6 TITLE TRUST,
    *Plaintiff,*
v.
ELIEZER TAVERAS, VALERIA TAVERAS, et al,
    *Defendants*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW, the Defendants, ELIEZER TAVERAS, and VALERIA TAVERAS ("Defendants"), pro se, and hereby disclose the following pursuant to this Court's Interested Person order,

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of party's stock, and all other identifiable legal entities related to any party in the case:

    a. US Bank National Association, As Legal Title Trustee For Truman 2016 SC6 Title Trust, Plaintiff;

    b. Valeria Rosa Taveras, Defendant;

    c. Eliezer Taveras, Defendant;

    d. Reunion Resort & Club or Orlando Master Association, Inc (Nominal Defendant);

e. Bank of America, N.A., (Nominal Defendant);

f. Tenant #1 Braulio Grullon, (Nominal Defendant);

g. Tenant #2 Orquidea Grullon, (Nominal Defendant);

h. Greenspoon Marder, LLP, Law Firm

i. SHD Legal Group P.A. Law Firm

j. Ariel Acevedo, Esq., Attorney

k. Patrick Hennessey, Esq., Attorney

l. Shawn G. Rader, Esq., Attorney

m. Omar Perez, Esq., Attorney

2. The name of every other entity whose publicly-trade stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   a. Stewart Title, Inc. Title insurance corporation that will be affected by the outcome (Unserved necessary and indispensable defendant);

   b. Michael Hamon, Person that will be affected by the outcome (Unserved, necessary and indispensable defendant);

   c. Judith Hamon, Person that will be affected by the outcome (Unserved necessary and indispensable defendant);

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   a. FAY Servicing, LLC

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

a. Valeria Taveras – Who claim that her signature was forged in Forged Instrument;

b. Eliezer Taveras – Owner of real property;

c. The Plaintiff, who claim to be harmed in its complaint.

I(we) hereby certify that, except as disclosed above, I(we) am/are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

_____
Valeria Taveras
7706 Excitement Dr
Kissimmee, FL 34747
Email: Valtaveras@yahoo.com
Phone: 305-515-4840

_____
Eliezer Taveras
7706 Excitement Dr
Kissimmee, FL 34747
Email: Etaveras2020@gmail.com
Phone: 305-515-4840

IT IS HEREBY CERTIFIED that on August, 9th a true and correct copy of the foregoing was sent via Electronic Mail to Plaintiff's counsel, SHD Legal Group P.A., answers@shdlegalgroup.com; a true and correct copy of the foregoing was sent via Email to Bank of America N.A. c/o its counsel Patty A. Clarke pclarke@aldridgepite.com, ServiceMail@aldridgepite.com;  and Omar Perez at service@lgplaw.com, DAL@lgplaw.com; Pleadingsshd@shdlegalgroup.com, pclarke@aldridgepite.com, ServiceMail@aldridgepite.com, service@lgplaw.com, OP@lgplaw.com, nicole@milsonlaw.com, shawn.rader@lowndes-law.com.

Additional Service List:

**Braulio and Orquidea Grullon**
7706 Excitement Drive
Kissimmee, FL 34747

**Reunion Resort & Club Master Association, Inc.**
C/O Aegis Community Management Solutions, Inc.
8390 Championsgate Blvd, Suite 304
Championsgate, FL 33896

*/s/ Eliezer Taveras*

Eliezer Taveras
Etaveras2020@gmail.com
7706 Excitement Dr
Kissimmee, FL 334747
Phone: 305-515-4840